UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICARDO BLANCO CHOMAT**

**VERSUS**

**US IMMIGRATION AND CUSTOMS ENFORCEMENT; KEVIN JORDAN; PAM BONDI**

**CIVIL ACTION**

**No. 25-908-JWD-SDJ**

---

### ORDER

Considering Petitioner's Motion for Leave to Proceed *In Forma Pauperis* in the above-captioned proceeding (R. Doc. 2),

**IT IS ORDERED** that Petitioner's Motion (R. Doc. 2) is **GRANTED**, and Petitioner may proceed without prepayment of costs or fees and without the necessity of giving security therefor.

Signed in Baton Rouge, Louisiana, on November 25, 2025.

_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**